# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-2811
LT Case No. 2009-CF-3430-A

———————————————

CHRISTOPHER R. DOUGLAS,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

———————————————

On appeal from the Circuit Court for Lake County.
G. Richard Singeltary, Judge.

Christopher R. Douglas, Tavares, pro se.

Ashley Moody, Attorney General, Tallahassee, and Stephen Putnam, Assistant Attorney General, Daytona Beach, for Appellee.


August 29, 2023

PER CURIAM.

     AFFIRMED.


JAY, HARRIS, and MacIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————